IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:16CR304 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Christopher A. Boyko |
| ) | |
| KENNETH PADEN, ) | |
| ) | |
| Defendant. ) | ORDER |
| ) | |

     This matter was before the Court on February 18, 2021, for hearing on the Government's request for revocation of Defendant Kenneth Paden's supervised release. The Defendant was present and represented by counsel.

     A Supervised Release Violation hearing was held by Magistrate Judge William H. Buaghman, Jr. on November 30, 2020 at which time the Defendant admitted to the following violations: 1) Positive urinalysis; 2) New law violation; and 3) Unsucessful termination from CBT.  The Magistrate Judge issued a Report and Recommendation on the same date.  The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation.

     The Defendant's term of supervision is to continue for a period of two years with the following additional conditions: Mental Health Condition; No Alcohol Condition; 25 Hours of Community Service.

     IT IS SO ORDERED.

                                       s/ Christopher A. Boyko
                                       CHRISTOPHER A. BOYKO
                                       SENIOR UNITED STATES DISTRICT JUDGE

DATED: 2/19/21