IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:16CR304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| | ) | |
| KENNETH PADEN, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on December 8, 2021, for hearing on the Government's request for revocation of Defendant Kenneth Paden's supervised release. The Defendant was present and represented by counsel.

An Initial Appearance on Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on November 19, 2021, at which time the Defendant admitted to the following violations: 1) Failure to Allow Probation Officer to Visit Any Time at Home or Elsewhere; 2) Illicit Substance Use; and 3) Failure to Engage in Mental Health Services. The Magistrate Judge issued a Report and Recommendation on the same date.  The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation and revokes supervised release. Defendant sentenced to custody of the Bureau of Prisons for 11 months, with credit for time served. No supervision to follow.  The Defendant is remanded to custody.

IT IS SO ORDERED.


DATED: December 8, 2021

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE